**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Graham Newton Smith
Onebane Law Firm
P.O. Box 3507
Lafayette LA 70502-3507

**REHEARING ACTION: December 10, 2014**

**Docket Number: 14   00223-WCA**

**GERALD GREENE**
**VERSUS**
**HIGHLANDS INS. CO., ET AL.**

**Appealed from Office of Workers' Compensation - # 4 Case No. 10-03635**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Jimmie C. Peters**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Highlands Insurance Company, et al** has this day been

    **DENIED.**

cc: William Ken Hawkins, Counsel for the Appellant